**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RACHAEL SHIRES and SPENCER PILLAY,**           **PLAINTIFFS**
**Each Individually and on Behalf of all Others**
**Similarly Situated**

**v.**           **CASE NO. 4:17-CV-00771 BSM**

**A.W. LINS ASIAN CUISINE AT LITTLE ROCK,**
**AR, LLC, dba A.W. LIN'S ASIAN CUISINE and**
**"ANDY" LIU and "JENNY" LIU**           **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss plaintiffs' claims with prejudice and for approval of the settlement agreement [Doc. No. 37] is granted. Based on the motion, the accompanying exhibits, and an *in camera* review of the settlement agreement, the terms of the parties' proposed settlement appear fair and reasonable. Accordingly, pursuant to Rule 41(a)(2), the settlement agreement is approved, and plaintiffs' claims and the claims of all opt-in plaintiffs are dismissed with prejudice. Further, plaintiffs' fees and costs are approved. The parties are directed to comply with the terms of the agreement.

IT IS SO ORDERED this 1st day of October 2019.

_____
UNITED STATES DISTRICT JUDGE