IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RACHAEL SHIRES and SPENCER PILLAY,**            **PLAINTIFFS**
Each Individually and on Behalf of all Others
Similarly Situated

v.            CASE NO. 4:17-CV-00771 BSM

**A.W. LINS ASIAN CUISINE AT LITTLE ROCK,**
**AR, LLC, dba A.W. LIN'S ASIAN CUISINE and**
**"ANDY" LIU and "JENNY" LIU**            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of October 2019.

_____
UNITED STATES DISTRICT JUDGE